# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>DONATO CARDOZA-CASTILLO,<br><br>　　　　　　　　Defendant. | CASE NO. 15-cr-01215-AJB<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Indictment/Information:

　　　8:1326 (a),(b) - Removed Alien Found in the United States (Felony)

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/10/15

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

FILED
JUN 10 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　　　　DEPUTY